FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8-1721 m |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143 (a) Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the District of Idaho involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

  B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

  *no known background information or bail resources; nature of offense.*

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 7/22/08

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE